# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                              Crim. No. 5:00-CR-66-3BR

LARONJA PACE

      On Friday, May 2, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                      Respectfully submitted,

/s/ Michael C. Brittain                                     /s/ Billy W. Boggs, Jr.  
Michael C. Brittain                                             Billy W. Boggs, Jr.  
Senior U.S. Probation Officer                         Senior U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   2   day of   October  , 2012.

W. Earl Britt  
Senior U.S. District Judge